**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| LEO J. DOLAN, JR. AND CHERIE M. DOLAN, H/W, | : | No. 168 MAL 2017 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| HURD MILLWORK COMPANY, INC., | : | |
| BENTLEY HOMES, LTD., GARVIN | : | |
| MITCHELL CORPORATION, CHADWELL | : | |
| ASSOCIATES, L.P., CHADWELL | : | |
| REALTY, INC., HARRISON COMMUNITY | : | |
| ASSOCIATION, | : | |
| | : | |
| PETITION OF:  LEO J. DOLAN, JR. | : | |

## ORDER

**PER CURIAM**

   **AND NOW,** this 11ᵗʰ  day of September, 2017, the Petition for Allowance of Appeal is **GRANTED LIMITED TO** the issues set forth below.  Allocatur is DENIED as to all remaining issues.  The issues, rephrased for clarity, are:

   (1) What is the proper role of an appellate court in reviewing a non-jury decision where it deems the Pa.R.A.P. 1925(a) opinion inadequate but the trial judge is no longer available to provide a supplemental opinion?

   (2) If the appellate court is required to reach the merits of the trial court's decision, what are the appropriate scope and standard of review?